

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-14-00742-CR

Andres Solis **VIELMA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2013-09-12304-CR
Honorable Bert Richardson, Judge Presiding

# O R D E R

On March 9, 2015, Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On March 17, 2015, this Court granted Appellant's motion requesting access to the appellate record. On March 18, 2015, Appellant filed a letter with this Court seeking appointment of counsel to represent him on appeal. Appellant stated he believed there were meritorious issues for appeal. Appellant's court-appointed attorney filed a similar letter on March 23, 2015, requesting the Court appoint counsel to review Appellant's claims.

To ensure Appellant was advised of his rights and understands the process to file a *pro se* brief and to ensure there are no meritorious issues for appeal, this Court ordered Appellant's counsel to consult with Appellant, to review all issues he deems meritorious, and to advise this Court if an *Anders* brief is still appropriate. Appellant's court-appointed counsel responded as ordered and now informs this Court she desires to retain the *Anders* brief. In addition, counsel filed a supplement *Anders* brief. She also informs this Court Appellant has been advised of his right to file a *pro se* brief.

The Court is now assured Appellant has been consulted, advised of the merit of any appeal and informed of his rights. Appellant has been provided a copy of the clerk's record. Therefore, if Appellant desires to file a *pro se* brief, he must do so within sixty days from the date of this order. If the appellant files a *pro se* brief, the State may file a responsive brief no later than thirty days after the date the appellant's *pro se* brief is filed in this court. It is further ORDERED that the motion to withdraw, filed by appellant's counsel, is HELD IN ABEYANCE pending further order of the court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court